Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
honeil@foley.com
sajones@foley.com

**PROPOSED COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Tubular Synergy Group, LP, *et al.*,[1] | § | 24-80056-swe11 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

**AGENDA FOR MATTERS SCHEDULED FOR
FIRST-DAY HEARING TO BE HELD ON JULY 11, 2024, AT 10:30 A.M.**

**MATTERS GOING FORWARD**

1.  *Debtor' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 2; Filed 7/9/2024]

    Status:      This matter will go forward.

    Related Documents:

    a.  *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

    b.  *Amended Notice of Hybrid First Day Hearings* [Docket No. 14]; and

    c.  *Certificate of Service* re: First Day Pleadings [Docket No. 17].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Tubular Synergy Group, LP (3375) and OCTG Connections, LLC (2025).  The Debtors' address is 8117 Preston Road, Suite 600, Dallas, TX 75225.

2. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Docket No. 3; Filed 7/9/2024]

   Status:      This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14]; and

   c. *Certificate of Service* re: First Day Pleadings [Docket No. 17].

3. *Debtors' Emergency Motion* for *Entry of an Order (I) Authorizing the Debtors to Serve a Consolidated List of Creditors*; *(II) Authorizing the Debtors to Redact Certain Personal Identification Information*; *(III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors' Chapter 11 Cases and Bar Dates*; *and (IV) Granting Related Relief* [Docket No. 4; Filed 7/9/2024]

   Status:      This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14];

   c. *Notice of Filing of Proposed Order (I) Authorizing the Debtors to Serve a Consolidated List of Creditors; (II) Authorizing the Debtors to Redact Certain Personal Identification Information; (III) Approving the Form and Manner of Notifying Creditors of the Commence of the Debtors' Chapter 11 Cases and Bar Dates; and (IV) Granting Related Relief* [Docket No. 23]; and

   d. *Certificate of Service* re: First Day Pleadings [Docket No. 17].

4. *Debtors' Emergency Motion for Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Docket No. 5; Filed 7/9/2024]

   Status:      This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14]; and

   c. *Certificate of Service* re: First Day Pleadings [Docket No. 17].

5. *Debtors' Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of Stretto Inc. as Claims, Noticing and Solicitation Agent and (B) Granting Related Relief* [Docket No. 6; Filed 7/9/2024]

   Status:   This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Declaration of Sheryl Betance in Support of Debtors' Emergency Application for Entry of an Order (a) Authorizing the Employment and Retention of Stretto as Claims and Noticing Agent and (b) Granting Related Relief* [Docket No. 20];

   c. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14]; and

   d. *Certificate of Service* re: First Day Pleadings [Docket No. 17].

6. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses; (B) Continue Employee Benefit Programs; and (II) Grant Related Relief* [Docket No. 7; Filed 7/9/2024]

   Status:   This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14]; and

   c. *Certificate of Service* re: First Day Pleadings [Docket No. 17].

7. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Continue to Their Cash Management System and (II) Granting Related Relief* [Docket No. 8; Filed 7/9/2024]

   Status:   This matter will go forward.

   a. *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

   b. *Amended Notice of Hybrid First Day Hearings* [Docket No. 14];

   c. *Notice of Filing of Revised Proposed Order Granting Debtors' Emergency Motion for Order (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and (II) Granting Related Relief* [Docket No. 24]; and

      d.    *Certificate of Service* re: First Day Pleadings [Docket No. 17].

8. *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III), Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 9; Filed 7/9/2024]

   Status:    This matter will go forward.

      a.    *Declaration of W. Bryon Dunn, Sr. in Support of First Day Motions* [Docket No. 10];

      b.    *Amended Notice of Hybrid First Day Hearings* [Docket No. 14];

      c.    *Notice of Filing of Revised Proposed Interim Order Authorizing Debtors to Use Cash Collateral and Granting Adequate Protection* [Docket No. 30]; and

      d.    *Certificate of Service* re: First Day Pleadings [Docket No. 17].

The Debtors reserve the right to amend this *Notice of Agenda* as appropriate.

DATED: July 10, 2024

Respectfully submitted by:

*/s/ Stephen A. Jones*
Holland N. O'Neil (TX 14864700)
Stephen A. Jones (TX 24101270)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
sajones@foley.com

**PROPOSED COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 10, 2024, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

                                */s/ Stephen A. Jones*
                                Stephen A. Jones